476 A.2d 60

Commonwealth v. Hodgin, Appellant.

Submitted March 5, 1984. William A. Hodgin, appellant, in propria persona; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Order vacated and case remanded for further proceedings not inconsistent with the within opinion.

Jurisdiction relinquished.